FROM: Jaime J. Coros (PROSE) 2-22-05
Vivian Moreno (PROSE)

TO: John Sardelli (In his capacity as Codac II Director)
349 Huntington Ave
Prov. RI 02909

CA 05 076

# Injunction Relief

I am in good standing with the Methadone program at codac, for over 1 1/2 yr. I need to travel to Puerto Rico for less than 1 wk. And, They Refused to give me the Methadone for travel. I went to a 8 wk Program and was told that if I did the program, I will have no problem. I Called the director all the time and he is always, at a meeting. I must travel Soon to pick up my 4 yr old daughter and they are not helping me with This situation. Remember, they gave me a Certificate so I can take travel dosis. They also lye to me and made me loose my Vacation in Florida.

Jaime J. Coros