UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER:** CA 05-76T **DATE:** 3/7/05

**TITLE: JAIME CORES, ET AL v. JOHN SARDELLI**

**MAGISTRATE JUDGE: Lincoln D. Almond**

**COURTROOM CLERK**: Martha Saucier

**COURT INTERPRETER:** Ana Cecilia Rosado

---

**COUNSEL PRESENT:** Plaintiff: Jaime Cores (Pro Se)
Vivian Moreno (Pro Se)

Defendant: James Carelton on Behalf of Codac (Pro Se)

**PROCEEDINGS: Plaintiff's Complaint for Injunction Relief and Show Cause**

Plaintiff present pro se. Defendant present. Ct. Interpreter present. Both sides argue. Court takes matter under advisement. Court to issue a Report and Recommendation.

5