UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JAIME J. CORES
VIVIAN MORENO

v. CA No. 05-76-T

JOHN SARDELLI, in his capacity as
Director of CODAC II

**ORDER DISMISSING COMPLAINT FOR "INJUNCTIVE RELIEF"**

Plaintiff Jamie J. Cores' Complaint for "Injunctive Relief" is hereby dismissed in its entirety pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: April 6 , 2005

05 APR -8 A 10:00

FILED

6